# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 31, 2021

*By the Court*:

| No. 20-1705 | TIMOTHY CESARIO, et al.,<br>       Plaintiffs - Appellants<br><br>v.<br><br>JEWEL FOOD STORES, INC., et al.,<br>       Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:17-cv-00319<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**, filed on August 26, 2021, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).



form name: **c7_FinalOrderWMandate**     (form ID: **137**)